UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | CIVIL NO. 4:17-CV-3496 |
| § | |
| LOT 31, IN BLOCK 9, OF WATERVIEW § | |
| ESTATES, SECTION 1, A SUBDIVISION § | |
| IN FORT BEND COUNTY, TEXAS, § | |
| Defendant. § | |

### UNITED STATES' UNOPPOSED MOTION FOR AGREED JUDGMENT OF FORFEITURE

The United States moves that this stayed civil forfeiture case be reinstated in order to enter final judgment. The order of stay (Doc. 17) is attached as Attachment 1.

The United States moves unopposed for an Agreed Judgment of Forfeiture for $193,817.27 from the interlocutory sale of the defendant real property.

### Background

On November 15, 2017, the United States filed a Complaint for Civil Forfeiture (Doc. 1) against the Real Property, which is titled to Uju Ernest ("Ernest"). Uju Okigbo a/k/a Uju Ernest ("Claimant") was personally served with notice on November 17, 2017 (Doc. 3) and initially contested the forfeiture. In a parallel criminal case, Claimant subsequently pleaded guilty to a money laundering conspiracy that is related to the Real Property. The United States published notice of this forfeiture action beginning on June 29, 2018 (Doc. 14), and the time to file a claim to the defendant Real Property has expired.

## Interlocutory Sale

On February 14, 2019, the Court signed an Agreed Order for Interlocutory Sale (Doc. 16), providing that the Real Property would be sold and that 24% of the net sales proceeds would be paid to the IOLTA account of the attorney representing Claimant; and 76% of the net sales proceeds would be held by the U.S. Marshals Service to be forfeited as a substitute *res*.

The United States represents that the U.S. Marshals Service sold the Real Property in accordance with the Court's order, that the 24% was paid to Claimant's attorney by the title company at closing, and that the government's share of the net sales proceeds was $193,817.27. There is only one Claimant in this case. The parties agree that the $193,817.27 should be forfeited.

## Conclusion

The United States moves to reinstate this civil case; and moves unopposed for entry of the attached Agreed Judgment of Forfeiture of $193,817.27 as a substitute *res*.

                              Respectfully submitted,

                              RYAN K. PATRICK
                              United States Attorney

               By:   /s/ Kristine E. Rollinson
                     Kristine E. Rollinson
                     Assistant United States Attorney
                     1000 Louisiana, Suite 2300
                     Houston, Texas 77002
                     Telephone (713) 567-9000

## **CERTIFICATE OF CONFERENCE**

The undersigned contacted Allison Secrest, counsel for Uju Okigbo a/k/a Uju Ernest, and sent her a copy of the proposed Agreed Judgment of Forfeiture. Counsel responded on February 3, 2020, that Ernest is unopposed to this motion for entry of the Agreed Judgment.

      /s/ Kristine E. Rollinson
      Kristine E. Rollinson

## **CERTIFICATE OF SERVICE**

A true and correct copy of this pleading was served on all counsel via electronic court filing on February 3, 2020.

      /s/ Kristine E. Rollinson
      Kristine E. Rollinson